**STEFFEY v. MAZZA CONSTRUCTION GROUP**

[339 N.C. 734 (1995)]

ONER MACARTHUR STEFFEY AND PATRICIA STEFFEY v. MAZZA CONSTRUCTION GROUP, INC. AND CITY OF BURLINGTON

No. 117PA94

(Filed 3 March 1995)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 113 N.C. App. 538, 439 S.E.2d 241 (1994), reversing the order of the trial court entered by Allen (J.B., Jr.), J., on 11 September 1992 in Superior Court, Alamance County. Heard in the Supreme Court 13 February 1995.

*Donaldson & Horsley, P.A., by Jay A. Gervasi, Jr., and William F. Horsley, for plaintiff-appellees.*

*Bailey & Dixon, L.L.P., by Gary S. Parsons and Cathleen M. Plaut, for defendant-appellant City of Burlington.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.